UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_John Curry_

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

_L. Black / PO_
_A. Ramirez / Supervisor_

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only:* the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__John__        __J.__           __Curry__
First Name    Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__D.I.N. #89A2054 (State)   B;C #3492401765__
Prisoner ID # (If you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__Rikers Island__
Current Place of Detention

__10-10 Hazen Street__
Institutional Address

__East Elmhurst__      __N.Y.__     __11370__
County, City           State        Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☑ Other: __Parole Violation__

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| First Name | Last Name | Shield # |
|---|---|---|
| L. | Black (P.O.) | |

Current Job Title (or other identifying information): Parole Officer

Current Work Address: 314 West 40th Street

| County, City | State | Zip Code |
|---|---|---|
| New York | N.Y. | 10018 |

Defendant 2:

| First Name | Last Name | Shield # |
|---|---|---|
| A. | Ramirez | |

Current Job Title (or other identifying information): Supervisor over Parole

Current Work Address: 314 West 40th Street

| County, City | State | Zip Code |
|---|---|---|
| New York | N.Y. | 10018 |

Defendant 3:

| First Name | Last Name | Shield # |
|---|---|---|
| | | |

Current Job Title (or other identifying information):

Current Work Address:

| County, City | State | Zip Code |
|---|---|---|
| | | |

Defendant 4:

| First Name | Last Name | Shield # |
|---|---|---|
| | | |

Current Job Title (or other identifying information):

Current Work Address:

| County, City | State | Zip Code |
|---|---|---|
| | | |

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _Rikers Island_

Date(s) of occurrence: _May 9th 2024_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

June 2023 P.O. Black said I wasn't making my parole visits. I found out that P.O. Black put a fake warrant out for my arrest along with her supervisor. The judge lifted that warrant and cut me lose with revoke and restore. They picked me up May 6th for the same violation.

Exhibit A = (A copy is enclosed) = I was never brought to my preliminary hearing which violates my rights, I was brought to my final hearing immediately. They are holding me against my will. The 7 days are up and my 14 days are up and I am being held against my will. The new law for parole status. The Less is More Act (L.I.M.). The D.O.C. Department of corrections is not following that guide line. My Judge never (Egitto) of Kings County in Brooklyn never sentenced me to Level I Sex Offender. This case came out in 2005. My case was brought to trail in

Page 4

1987 this accident happened. I put an Article 78 in Kings County in Brooklyn, in 2023. heard my case and told the P.O. you don't have no say so in this matter and case. Please look into this too.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

In 2023 the warrant squad and the police came to my sisters house at 80 Brooke Ave. Apt 4C. They shoot me with a stun gun twice. They took me to Lincoln Hospital and had the prongs removed from me. May 6th the warrant squad came to my sisters house and kicked the door in.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I want the courts to pay me money for all my damages to me and my family.

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Adding to on to what my parole lawyer has on record.

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Gregory Chang
Parole Operations
199 Water Street, New York, N.Y. 10038
(646) 618-0446

First violation I had P.O./Black placed a fake warrant on me and her supervisor (Ineffective warrant) The Judge lifted the warrant due to Habeas Corpus. Now they have her and her supervisor under investigation. They told me to video, text and video record her and send it to my lawyers phone. The investigators said from the courts my lawyer Gregory Chang has everything on his phone which I sent to him. And my family has the same thing. This is my proof. Please, can the courts look into this matter. I'm adding this paper on to the rest of my motion.

Page 4

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: June 8th 2024

Plaintiff's Signature: John Curry

First Name: John
Middle Initial: J.
Last Name: Curry

Prison Address: 18-10 Hazen Street

County, City: East Elmhurst
State: N.Y.
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: _____