SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _Bronx_

|  |  |
|---|---|
| _Curry John_ ,<br>PETITIONER<br><br>-AGAINST-<br><br>Warden, _PAROLE_ , NYC DEPT. of CORRECTION,<br>RESPONDENT. | **PETITION FOR<br>WRIT<br>OF<br>HABEAS CORPUS**<br>PURSUANT TO<br>CPLR § 7000 |

Docket No.: _____
Indict No.: _88A2854_
NYSID No.: _02782735P_

PLEASE TAKE NOTICE, that upon the annexed affidavit of _John_

_Curry_ , duly affirmed the _7_ day of _MAY_ , 20 _24_ ,

and upon the indictment and all the proceedings had herein, the under signed will move

this Court _Bronx_ _____ thereof, to be held at the courthouse located at

_Bronx County_

_245 EAST 161st Street_ , county of _BRONX_ , on the _10_

day of _June_ , 20 _24_ , at 9:30 o'clock in the forenoon of that day or as

soon thereafter as counsel can be heard for an order of _**Writ of Habeas Corpus**_

pursuant to New York State Civil Practice Law and Rules, sections 7001 - 7012, and any

further relief as the court may deem just and proper.

Yours, etc...

_____
PETITIONER

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF *BRONX*

_Curry John_
PETITIONER

-AGAINST-

Warden, *PARole*, NYC DEPT. of CORRECTION,
RESPONDENT.

**VERIFIED PETITION
FOR WRIT OF
HABEAS CORPUS
PURSUANT TO
CPLR § 7000**

Docket No.: _____
Indict. No.: *88A285-4*
NYSID. No.: *227827335P*

STATE OF NEW YORK }
COUNTY        OF } s.s.:
*Bronx Criminal Court*

I, *John Curry*_____, being duly sworn, deposed and state:

I am the Petitioner in the above-entitled action, and am personally familiar with

the facts and circumstances herein stated.

I am a detainee presently being detained at *Erie M. Taylor Center*

listed hereunder the mailing address of *10-10* Hazen Street, Rikers Island, East Elmhurst,

New York 11370, herein considered the County of the Bronx.

Whereupon, although I am personally familiar with all of the facts and statements

hereinafter stated to the best of my knowledge, information and belief, I am a layperson

in matters of the law and seek this Court's indulgence for errors, defects and faults

pursuant to sec. 2101(f) of the Civil Practice Law and Rules.

On the *16* day of *MAY*_____, 20*24*, a complaint was filed

in the Criminal Court of *Bronx*_____ County, charging the said Petitioner with the

offense(s) of _Rule#1 And Rule #13_

in violation of New York State Penal Law, section(s) _LAW 259-i (A)_

Arraignment of the Petitioner on the above-mentioned complaint took place in

this Court on the _Bronx_ day of _MAY 9,_ 20_24_ and Petitioner was held

for Grand Jury proceedings.    Subsequently, Petitioner was indicted for the

aforementioned charges and was arraigned upon said indictment in Supreme Court,

_Bronx_ County, on the _9_ day of _MAY_ 20_24_

Whereupon, this Petitioner respectfully requests the Court to grant this motion for

Writ of Habeas Corpus pursuant to the laws, statutes, and arguments annexed herein.

The place where the Petitioner is imprisoned and restrained of his liberty is presently at

_10-10 Hazen st._ That the Officer by whom Petitioner is so detained is the

Warden of said facility.

That the cause or pretense of detention of said Petitioner, according to the best

knowledge of Petitioner, is _as follows, Failure to_

_Appear, address change, and curfew_

_violation._

That a single Court or Judge of the United States does not have exclusive

jurisdiction to order Petitioner released.

That the detention of Petitioner is illegal in that _my obligation to_

_Parole was to call or text, not appear p.o. black_

_also violated my right to a preliminary hearing_

_and sending me straughs to my finerlly there_

_Pare, violating my due process._

3

That no appeal has been taken from any order or judgment in any action or proceeding against said Petitioner, whereby Petitioner has been imprisoned or restrained of his liberty.

Wherefore Petitioner preys that a ***Writ of Habeas Corpus*** directed to the said Warden of the facility Petitioner is presently incarcerated will be issued; requested the *Production of the Petitioner* before the Court for the purpose of inquiring into the cause of the imprisonment and restraint of the Petitioner and of delivery of the Petitioner therefrom, pursuant to the statutes in such case may provide.

## LEGAL ARGUMENT

On the above date and time 5/7/2024, p.c. black informed me that I John Curry must appear in parole monday — Friday in person, stipulations of my parole clearly state in writing that I call and text monday through Friday. when I failed to appear, she then violated men for such charge as well as changes of address, and for curfew violation.

During this process p.o. Black then violated my rights by waiving my preliminary hearing and sending me straight to my Final hearing therefore violating my rights to due process.

And in 2022 I put in an 278 motion in which deals with a compas level 1, Level 3 sex offender, Judge J heard my case and stated to parole on the record that the parole office has no say so in this manner and this does not consult them to bring this up on my record. my attorney Gregory cher has a copy in his possesion of the motion set before the kings county court.

4

## STATEMENT OF FACTS

1) P.O BLACK violated my rights of due process by waiving my preliminary hearing without my consent and sending me straight to my final hearing.

2) P.O. Black violated my rights by violating me for failure to appear when said obligation was to call or text mon - fri.

3) P.O. Black was aware of new shelter at 2524 Creston Ave brant new york. P.O. Black was informed by shelter supv. that I John Curry was crippled and cant walk up + down 10 flight of stairs. Supv. from shelter at 2524 creston gave Dr. note to P.O. black John Curry and his legal team have copies of hospital records...

I was suppose to go to my preliminary hearing but for some reason supervisor P.O. Black sent me to my final hearing. They violated the law: Preliminary hearing CPL § 180.50. I'm asking the courts to look into this matter.

The Petitioner respectfully requests the right to make any and all further motions as may be necessary as a result of information and disclosure from the granting of the requests made herein and/or information received from any record within a reasonable time.

No other application for the relief sought herein has been made to this or to any other Court.

WHEREFORE, this Petitioner respectfully prays that an order for a *Writ of Habeas Corpus* be issued granting this motion pursuant to the aforesaid sections of the New York State Civil Practice Law and Rules, and taking into consideration the facts and argument annexed herein, or, in the alternative, an order be issued granting partial relief, or whatever relief the Court sees and deems fit and appropriate to insure the swift and proper administration of justice.

Yours, etc...

PETITIONER

Sworn to before me this

16th day of _____, 2024

NOTARY PUBLIC OR COMMISSIONER OF DEEDS

YANA DJIHRISTOVA
NO. 01HA6385564
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
01-07-2027

AFFIDAVIT OF SERVICE

6

STATE OF NEW YORK }
COUNTY · OF } s.s.:

Bronx

I, John, Curry , being duly sworn deposed and state:

That I have on the 14 day of MAY , 20 24, placed and

submitted the original and copies of this motion to be duly mailed via the United States

Postal Service, through the institutional mailroom of the 10-10 HAzen Street, Rikers Island, EAST Elmhurst NY 11370

Correctional Facility. Said moving papers were mailed to the following concerned

parties:

District Attorney
Bronx County
198 E 161 street
Bronx, NY 10451

Supreme Court
Bronx County
851 Grand Concourse # 118
Bronx, NY 10451

Gregory Chan, Defense Counsel
PAROLE OPERATONS
11 WAter Street, New York NY 10038
(646) 618-0446

Yours, etc...

_____
PETITIONER

Sworn to before me this
16th day of _____, 20 24

_____
NOTARY PUBLIC / COMMISSIONER OF DEEDS

INSTRUCTIONS:    STANDARD HABEAS CORPUS --- CPLR § 7001-7012

*Exhibit 'A'*

STATE OF NEW YORK
## DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
1220 WASHINGTON AVENUE – BUILDING 4
ALBANY, NEW YORK 12226

### MEMORANDUM

**TO:** New York City Department of Corrections/ _____County Jail

**FROM:** Parole Violation Unit, NYC _____ Area Office

**RE:** Results of Parole Revocation Hearing

| 1. NAME | LAST | FIRST | M. | 2. HEARING DATE |
|---|---|---|---|---|
| Curry | John | | | 5-7-24 |

| 3. NYSID #: 02982735 P  MZ# (NYC ONLY): | 4. BOOK & CASE #:  LOCAL CJ ID #: | 5. VIOLATION CASE#: A 1007150  WARRANT#: 852915 | 6. HEARING LOCATION  Bronx Criminal Court  265 E 161 St. Bx NY |
|---|---|---|---|

**6. HEARING TYPE AND OUTCOME:**

☐ **PRELIMINARY HEARING**

☐ Preponderance of Evidence Found

☐ Preponderance Not Found; Warrant Lifted.

☐ Case Adjourned to _____

☑ **FINAL HEARING**

☐ Violation Sustained; Hearing Completed

☑ Case Adjourned to 5-9-24

☐ Violation Not Sustained; Charges Dismissed. Warrant Lifted.

☐ Revoke and Restored (Excludes inpatient and residential programs)

**NOTICE TO ATTORNEY OF ADJOURNMENT DATE**

Hand Delivered on 5-7-24
Mailed on _____

**NOTICE TO RELEASEE OF ADJOURNMENT DATE**

Hand Delivered on_____
Mailed on_____

| 7. NAME  B. Luf | 9. TITLE  PO |
|---|---|

| 9. SIGNATURE  Released | 10. DATE  5/7/24 |
|---|---|

**DISTRIBUTION:**
Original: NYC Dept. of Corrections (W/PV) _____ County Jail
Copy: Attorney
Copy: Releasee
Copy: NYC DOC – Custody Management
Copy: Community Supervision (case file)

FORM CS9015 (11.2023)

*Exhibit "B"*

### STATE OF NEW YORK
### DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
1220 WASHINGTON AVENUE – BUILDING 4
ALBANY, NEW YORK 12226

### MEMORANDUM

**TO:** New York City Department of Corrections/ _____ Rikers _____ County Jail

**FROM:** Parole Violation Unit, NYC _____ PVU DOWNSTATE _____ Area Office

**RE:** **Results of Parole Revocation Hearing**

| 1. NAME | LAST | FIRST | M. | 2. HEARING DATE |
|---|---|---|---|---|
| | CURRY,JOHN | | | 5/9/2024 |

| 3. NYSID #: 02782735P MZ# (NYC ONLY): MZ-200204-24NY | 4. BOOK & CASE #: 3492401765 LOCAL CJ ID #: | 5. VIOLATION CASE#: A007150 WARRANT #: W#852915 | 6. HEARING LOCATION Bronx Hall of Justice 265 E. 161st St Room: Lower Level 200/Lower Level 210 |
|---|---|---|---|

**6. HEARING TYPE AND OUTCOME:**

☐ **PRELIMINARY HEARING**

    ☐ **Preponderance of Evidence Found**

    ☐ **Preponderance Not Found;** Warrant Lifted.

    ☐ **Case Adjourned to** _____

☒ **FINAL HEARING**

    ☐ **Violation Sustained; Hearing Completed**

    ☐ **Case Adjourned to** 7/8/24

    ☐ **Violation Not Sustained; Charges Dismissed. Warrant Lifted.**

    ☐ **Revoke and Restored (Excludes inpatient and residential programs)**

**NOTICE TO ATTORNEY OF ADJOURNMENT DATE**

Hand Delivered on _____.
Mailed on _____.

**NOTICE TO RELEASEE OF ADJOURNMENT DATE**

Hand Delivered on_____.
Mailed on_____.

*Toni Williams*
covering for R. Rodriguez

### Parole Revocation Specialist

**7. NAME**

*Toni Williams*

**8. TITLE**

5/9/2024

**9. SIGNATURE**

**10. DATE**

**DISTRIBUTION:**
Original: NYC Dept. of Corrections (W/PV) _____ County Jail
Copy: Attorney
Copy: Releasee
Copy: NYC DOC – Custody Management
Copy: Community Supervision (case file)

**Attorney:** M. Chong
**ALJ/PHO** Caban

FORM CS9015 (11.2023)

Delete   Archive   Report ⌄   Reply   Reply all   Forward ⌄   Zoom   R ⌄

## Message to John Curry, B&C 3492401765   Message ✕

Gregory Chang                                    ☺ Reply  Reply all  Forward  ⊡  ⋯
To: Diego Gerardi; EMTC EMTC                                    Mon 5/20/2024 3:00 PM

Start reply with:   [ Yes, will do. ]   [ Will do, thank you. ]   [ This has been sent. ]

Good afternoon,

Can you please send the following message to my client, John Curry, B&C 3492401765, whenever possible? Thank you!

"Mr. Curry, I have filed a writ of habeas corpus for you, as we previously discussed. The main issue is that they should only be able to hold you for 7 days. I believe we have a good chance to get you released, as this is the same issue that got you released last time. Please call me at 646-618-0446 on Wednesday, 5/22/24, after 1pm to find out the results from writ court. Best, Gregory Chang"

**Gregory Chang (he/him)**
*Staff Attorney*
Parole Revocation Defense Unit
The Legal Aid Society
199 Water Street, Floor 3
New York, NY 10038
Cell: 646.618.0446
E-mail: gchang@legal-aid.org

↩ Reply   ↞ Reply all   ↗ Forward

*Exhibit C*





First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10.

USPS TRACKING #

9590 9402 8243 3030 3462 68

United States
Postal Service

Sender: Please print your name, address and ZIP+4® in this box

Mc JoHn Curry # 3492401767
10 - 10 HAZEN STREET
EAST ELMHurst, NY 11370

■ Complete items...
■ Print your name and address on ...
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

DISTRICT ATTORNEY'S office
BRONX COUNTY
198 EAST 161 ST Street
BRONX, NY 10451

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8243 3030 3462 75

2. Article Number (Transfer from service label)

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]          ☐ Agent
                       ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
Ricardo corp          5/23/24

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 8243 3030 3462 75

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service



• Sender: Please print your name, address, and ZIP+4® in this box•

Mr. John Curry #349240 1765
10-10 HAZen Street
EAst elmhurst, NY 11370

Miss Harvey (Warden)                                    May 26th 2024
John Curry # 3492400?765    Li-uPPER

Dear Miss Harvey:

 I'm having a little issue that I'm dealing with in your jail. On May 20th 2024 I sent out two certified mails, one for the D.A.'s office and one to the judge (court). Both letters were stamped, I got a return letter stating that I was not allowed to mail out copies. Now I want to know how they knew that I had copies in my mail without opening my letters after both letters were sealed and stamped. I also sent another certified mail out on May 24th 2024. Can you also look into to both matters Thank you. I was also over charged with the price of the certified mails. Please, can you do or make sure a thorough investigation is performed on this important matter(s). I'm sending copies to you of my 2 certified mail(s) that I believed were open. P.S I sent you 3 letters, I want to know if you recieved it. I spoke with you on May 30th 2024. Thanks alot for your time and consideration on this important matter

   x. John Curry

COPY.

ATTACHMENT -B-1

 

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: John Curry | Book & Case #: ~~3493~~ 3493401965 | NYSID #: 02793358 |
|---|---|---|

| Facility: EMTC | Housing Area: Guffer | Date of Incident: 05/24/2024 | Date Submitted: 05/25/2024 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On the 24th of May 2024 the mail lady came up to Guffer and handed me a copy of 2 receipts of my certified mail (legal mail) indicating that I was not allowed to send copies to my the D.A's office and court house. Now my mail was stamped I want to know how they knew I had copies in the letters without opening them. That's violating government property mail. I want this to be Brought to the warden's attention. Thank you.

**Action Requested by Inmate:** want explaination why my mail was opened.

---

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ | No ☐ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: John Curry | Date of Signature: 5/25/24 |
|---|---|

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form: # 7101R-A
Eff.: 9/14/18
Ref.: Dir. 3376R-A



The Office of Constituent and Grievance Services (OCGS) at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.
You may first seek to resolve the issue or condition by speaking to the involved staff or your housing area officer.

- A grievance is a written complaint submitted by an inmate in the Department's custody about an issue or condition relating to the inmate's confinement.

- You always have the right to file a complaint/grievance. Inmates are only allowed to file one complaint for each grievance form.

- Before you seek relief from an external entity, like the courts or another agency, you should file your grievance with this office.

- Inmate shall not file repetitive grievances / 311 complaints where time frame to investigate said complaint has not elapsed. This will be considered misuse.

*All grievance forms must be signed. Failure to sign form will be deemed invalid.*

## THE SUBMISSION AND APPEALS PROCESSES

**1.SUBMISSION**
Submit this form (Statement form) to the OCGS office, OCGS staff, or drop it in a grievance box. Your grievance form will be returned to you if the complaint is outside of OCGS jurisdiction such as complaints in regards to disciplinary process; if the grievance contains multiple issues; or if the grievance form is not signed. Please speak with the grievance staff in your facility for additional information.

**2.FORMAL RESOLUTION**
You will receive a proposed resolution within seven (7) business days after the OCGS receives the form. If you disagree with the proposed resolution, you will have two business days to request an appeal to the facility Commanding Officer.

**3.COMMANDING OFFICER'S REVIEW**
The OCGS staff will forward your appeal to the commanding officer within one business day of receiving it. Within five (5) business days of receiving the appeal, the commanding officer will render a written disposition, you will have two (2) business days to appeal to the Division Chief.

**4.APPEAL TO THE DIVISION CHIEF**
The OCGS staff will forward your appeal to the Division Chief within one business day of receiving it. Within five (5) business days of receiving the appeal, the Division Chief will render a written disposition.

**5.CENTRAL OFFICE REVIEW COMMITTEE**
If you disagree with the Division Chief's disposition, you will have two (2) business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within fifteen business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

| GRIEVANCE CATERGORIES | | CATERGORIES NOT SUBECT TO THE GRIEVANCE PROCESS |
|---|---|---|
| 1. CLASSIFICATION/SRG STATUS | 13. MENTAL HEALTH | 1. ASSAULT ALLEGATION |
| 2. CLOTHING | 14. PERSONAL HYGIENE | 2.SEXUAL ABUSE/SEXUAL HARASSMENT (PREA) |
| 3. COMMISSARY | 15. PHONE | 3. HARASSMENT ALLEGATION |
| 4. CORRESPONDENCE / MAIL | 16. PROGRAMS | 4. STAFF COMPLAINT |
| 5. EMPLOYMENT | 17. PROPERTY | 5. INMATE ALTERCATION |
| 6. ENVIRONMENTAL | 18. RECREATION | 6. INMATE ON INMATE SEXUAL ABUSE/SEXUAL HARASSMENT ALLEGATION (PREA) |
| 7. FOOD | 19. RELIGION | 7. INMATE-ON-INMATE VERBAL HARASSMENT ALLEGATION |
| 8. INMATE ACCOUNT | 20. RULES AND REGULATIONS | 8. STATUS AS AN INTENDED CONTRABAND RECIPIENT, ENHANCED RESTRAINT STATUS, RED ID OR CMC) |
| 9. JAIL TIME | 21. SCHOOL | 9. MEDICAL STAFF / MENTAL HEALTH STAFF |
| 10.LAUNDRY | 22. SEARCH | 10.REQUEST FOR PROTECTIVE CUSTODY |
| 11. LAW LIBRARY | 23. SOCIAL SERVICES | 11.REQUEST FOR ACCOMMODATION DUE TO DISABILITY |
| 12.MEDICAL/ACCESS TO SICK CALL | 24. TRANSPORTATION | 12.FREEDOM OF INFORMATION LAW REQUEST |
| | 25. VISIT | 13.HOUSING |
| | 26. OTHER | 14.INMATE GRIEVANCE |
| | | 15. OTHER |

ATTACHMENT -B-1



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM



Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: John Curry | Book & Case #: 349240/765 | NYSID #: 02782735 P |
|---|---|---|
| Facility: E.M.T.C. | Housing Area: 6 upper | Date of Incident: 05/24/2024 | Date Submitted: 05/21/2024 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I sent 2 certified mails out on May 21st 2024. The D.R.'s came back May 23rd. And the one certified mail to the courts never came back #9589071082700C827 27780. The administration opened my mail up front. They violated my rights by opening my mail. What happen to the certified mail that I mailed out on the 24th. May, the 3rd one that I sent out. Please, look into this matter. Thank you.

**Action Requested by Inmate:** Look into this matter, thank you.

___

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☒   No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☒

Have you filed this grievance with a court or other agency?   Yes ☒   No ☐

Did you require the assistance of an Interpreter?   Yes ☐   No ☒

| Inmate's Signature: John Curry | Date of Signature: 5-29-2024 |
|---|---|

FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

COPY

ATTACHMENT -B-1



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form: # 7101R-A
Eff.: 9/14/18
Ref.: Dir. 3376R-A



The **Office of Constituent and Grievance Services (OCGS)** at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.
You may first seek to resolve the issue or condition by speaking to the involved staff or your housing area officer.

- A grievance is a written complaint submitted by an inmate in the Department's custody about an issue or condition relating to the inmate's confinement.

- You always have the right to file a complaint/grievance. Inmates are only allowed to file one complaint for each grievance form.

- Before you seek relief from an external entity, like the courts or another agency, you should file your grievance with this office.

- Inmate shall not file repetitive grievances / 311 complaints where time frame to investigate said complaint has not elapsed. This will be considered misuse.

***All grievance forms must be signed. Failure to sign form will be deemed invalid.***

## THE SUBMISSION AND APPEALS PROCESSES

**1.SUBMISSION**
Submit this form (Statement form) to the OCGS office, OCGS staff, or drop it in a grievance box. Your grievance form will be returned to you if the complaint is outside of OCGS jurisdiction such as complaints in regards to disciplinary process; if the grievance contains multiple issues; or if the grievance form is not signed. Please speak with the grievance staff in your facility for additional information.

**2.FORMAL RESOLUTION**
You will receive a proposed resolution within seven (7) business days after the OCGS receives the form. If you disagree with the proposed resolution, you will have two business days to request an appeal to the facility Commanding Officer.

**3.COMMANDING OFFICER'S REVIEW**
The OCGS staff will forward your appeal to the commanding officer within one business day of receiving it. Within five (5) business days of receiving the appeal, the commanding officer will render a written disposition, you will have two (2) business days to appeal to the Division Chief.

**4.APPEAL TO THE DIVISION CHIEF**
The OCGS staff will forward your appeal to the Division Chief within one business day of receiving it. Within five (5) business days of receiving the appeal, the Division Chief will render a written disposition.

**5.CENTRAL OFFICE REVIEW COMMITTEE**
If you disagree with the Division Chief's disposition, you will have two (2) business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within fifteen business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

### GRIEVANCE CATERGORIES

1. CLASSIFICATION/SRG STATUS
2. CLOTHING
3. COMMISSARY
4. CORRESPONDENCE / MAIL
5. EMPLOYMENT
6. ENVIRONMENTAL
7. FOOD
8. INMATE ACCOUNT
9. JAIL TIME
10. LAUNDRY
11. LAW LIBRARY
12. MEDICAL/ACCESS TO SICK CALL
13. MENTAL HEALTH
14. PERSONAL HYGIENE
15. PHONE
16. PROGRAMS
17. PROPERTY
18. RECREATION
19. RELIGION
20. RULES AND REGULATIONS
21. SCHOOL
22. SEARCH
23. SOCIAL SERVICES
24. TRANSPORTATION
25. VISIT
26. OTHER

### CATERGORIES NOT SUBECT TO THE GRIEVANCE PROCESS

1. ASSAULT ALLEGATION
2. SEXUAL ABUSE/SEXUAL HARASSMENT (PREA)
3. HARASSMENT ALLEGATION
4. STAFF COMPLAINT
5. INMATE ALTERCATION
6. INMATE ON INMATE SEXUAL ABUSE/SEXUAL HARASSMENT ALLEGATION (PREA)
7. INMATE-ON-INMATE VERBAL HARASSMENT ALLEGATION
8. STATUS AS AN INTENDED CONTRABAND RECIPIENT, ENHANCED RESTRAINT STATUS, RED ID OR CMC)
9. MEDICAL STAFF / MENTAL HEALTH STAFF
10. REQUEST FOR PROTECTIVE CUSTODY
11. REQUEST FOR ACCOMMODATION DUE TO DISABILITY
12. FREEDOM OF INFORMATION LAW REQUEST
13. HOUSING
14. INMATE GRIEVANCE
15. OTHER

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: John Curry | Book & Case #: 3492401765 | NYSID #: 02782735P |
|---|---|---|

| Facility: E.M.T.C. | Housing Area: 6 upper | Date of Incident: 05-9-2024 | Date Submitted: Town 3,2024 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** May 9th I came for Parole violation, they shot me ~~straight to never to go to Preliminary Hearing.~~ Straight to final hearing, I never got the chance to go to Preliminary Hearing. This a violation to my rights Please check in to this matter. This the 3rd time I Grievance reach out about this matter Haven't got a reponse Yet. If not I'll be reaching out to the warden "miss Harvey". Thank you

**Action Requested by Inmate:** _____

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ | No ☐ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☑ | No ☐ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: John Curry | Date of Signature: Town 3,2024 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT –B-1



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form: # 7101R-A
Eff.: 9/14/18
Ref.: Dir. 3376R-A



The Office of Constituent and Grievance Services (OCGS) at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.

You may first seek to resolve the issue or condition by speaking to the involved staff or your housing area officer.

- A grievance is a written complaint submitted by an inmate in the Department's custody about an issue or condition relating to the inmate's confinement.
- You always have the right to file a complaint/grievance. Inmates are only allowed to file one complaint for each grievance form.
- Before you seek relief from an external entity, like the courts or another agency, you should file your grievance with this office.
- Inmate shall not file repetitive grievances / 311 complaints where time frame to investigate said complaint has not elapsed. This will be considered misuse.

*All grievance forms must be signed. Failure to sign form will be deemed invalid.*

## THE SUBMISSION AND APPEALS PROCESSES

**1.SUBMISSION**
Submit this form (Statement form) to the OCGS office, OCGS staff, or drop it in a grievance box. Your grievance form will be returned to you if the complaint is outside of OCGS jurisdiction such as complaints in regards to disciplinary process; If the grievance contains multiple issues; or if the grievance form is not signed. Please speak with the grievance staff in your facility for additional information.

**2.FORMAL RESOLUTION**
You will receive a proposed resolution within seven (7) business days after the OCGS receives the form. If you disagree with the proposed resolution, you will have two business days to request an appeal to the facility Commanding Officer.

**3.COMMANDING OFFICER'S REVIEW**
The OCGS staff will forward your appeal to the commanding officer within one business day of receiving it. Within five (5) business days of receiving the appeal, the commanding officer will render a written disposition, you will have two (2) business days to appeal to the Division Chief.

**4.APPEAL TO THE DIVISION CHIEF**
The OCGS staff will forward your appeal to the Division Chief within one business day of receiving it. Within five (5) business days of receiving the appeal, the Division Chief will render a written disposition.

**5.CENTRAL OFFICE REVIEW COMMITTEE**
If you disagree with the Division Chief's disposition, you will have two (2) business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within fifteen business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

| GRIEVANCE CATERGORIES | | CATERGORIES NOT SUBECT TO THE GRIEVANCE PROCESS |
|---|---|---|
| 1. CLASSIFICATION/SRG STATUS | 13. MENTAL HEALTH | 1. ASSAULT ALLEGATION |
| 2. CLOTHING | 14. PERSONAL HYGIENE | 2.SEXUAL ABUSE/SEXUAL HARASSMENT (PREA) |
| 3. COMMISSARY | 15. PHONE | 3. HARASSMENT ALLEGATION |
| 4. CORRESPONDENCE / MAIL | 16. PROGRAMS | 4. STAFF COMPLAINT |
| 5. EMPLOYMENT | 17. PROPERTY | 5. INMATE ALTERCATION |
| 6. ENVIRONMENTAL | 18. RECREATION | 6. INMATE ON INMATE SEXUAL ABUSE/SEXUAL HARASSMENT ALLEGATION (PREA) |
| 7. FOOD | 19. RELIGION | 7. INMATE-ON-INMATE VERBAL HARASSMENT ALLEGATION |
| 8. INMATE ACCOUNT | 20. RULES ANDREGULATIONS | 8. STATUS AS AN INTENDED CONTRABAND RECIPIENT, ENHANCED RESTRAINT STATUS, RED ID OR CMC) |
| 9. JAIL TIME | 21. SCHOOL | 9. MEDICAL STAFF / MENTAL HEALTH STAFF |
| 10.LAUNDRY | 22. SEARCH | 10.REQUEST FOR PROTECTIVE CUSTODY |
| 11. LAW LIBRARY | 23. SOCIAL SERVICES | 11.REQUEST FOR ACCOMMODATION DUE TO DISABILITY |
| 12.MEDICAL/ACCESS TO SICK CALL | 24. TRANSPORTATION | 12.FREEDOM OF INFORMATION LAW REQUEST |
| | 25. VISIT | 13.HOUSING |
| | 26. OTHER | 14.INMATE GRIEVANCE |
| | | 15. OTHER |

6U

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

JOHN Curry                349-24-01765   EMTC      ① 9-21 .68/ 8-53

INMATE NAME                 BOOK & CASE #              FACILITY

ulite
corrected
② 5/21/24
8-53

MAY 16, 2024                 DAT

```
First-Class Ma1l®
Letter                                    $1.16
Bronx, NY 10451
Weight: 0 lb 2.40 oz
Estimated Delivery Date
Thu 05/23/2024
Certified Mail®                           $4.40
   Tracking #:
   9589 0710 5270 0682 7277 80
Return Receipt                            $3.65
   Tracking #:
   9590 9402 8243 3030 3452 68
Affixed Postage                          -$0.68
   Affixed Amount: $0.68
Total                                     $8.53
```

WITHDRAWA

② Bronx Supreme Court
851 Grand Concourse #118
Bronx, NY - 10451

MAILED TO:

D.A. Bronx
NAME

851 Grand Concourse Room 118                    10451
ADDRESS    DISTRICT ATTORNY'S OFFICE    CITY    STATE    ZIP CODE

② 198 E. 161 street  Bronx,  NY              10451

JohN Curry

INMATE SIGNATURE

9589 0710 5270 0682 7277 80



Pl need Each Parcel
letter w/a Postage Form
Not ② for one w/a

DEBITED BY CASHIER    Form

No Copy Accept

NOTE: Mailroom Officer forwards this request to RICC a

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

J. Curry #349-24-01765
Bronx, NY 10451                              0705
                                              08
Certified Mail Fee    $4.40
$3.45
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $0.00
☐ Return Receipt (electronic)    $0.00    Postmark
☐ Certified Mail Restricted Delivery  $0.00  Here
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $
Postage      $1.16
$                                    05/21/2024
Total Postage and Fees
$9.21
Sent To  Bronx County DA 851 Grand Concourse
Street and Apt No., or PO Box No.
Bronx  NY 10451 #Room 118
City, State, ZIP+4®

PS Form 3800 January 2023                   See Reverse for Instructions

Dear Ms.



JOHN Curry #3492401765

10-12 Hazen Street

East elmhurst NY 10. DISTRICT ATTORNEY's OFFICE - BRONX

COUNTY ch - AST 161st Street

11376

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

JOHN Curry #3492401765

CURRY, JOHN          ID#3492401765

Sent To DISTRICT ATTORNEY's OFFICE
BRONX COUNTY 198 EAST 161st St
BRONX NY 10451



**NEW YORK STATE | Corrections and Community Supervision**

## VIOLATION OF RELEASE REPORT

### CHARGE SHEET

Warrant Issued: ☒

Name: CURRY, JOHN

NYSID: 02782735P

DIN: 88A2854

DOCCS Releasing Facility: MARCY

Date of Birth: 8/17/1966

COMPAS Level: 1

No Warrant Issued: ☐

Date Released: 11/2/2022

Date of Warrant: M/D/YYYY

Warrant #: 839935    A007150

Date Warrant Enforced: M/D/YYYY

Location Warrant Enforced: County Facility

Sexually Motivated Felony: Yes

Hate Crime: No

Crime of Terrorism: No

Delinquency Date: 8/2/2023

| Instant Offense | Sentence |
|---|---|
| MURDER 2ND<br>KIDNAPPING 1ST*<br>MANSLAUGHTER 1ST | 25-00 LIFE<br>25-00 LIFE<br>08-04 25-00 |

Time on Parole:   ## Years ## Months ## Days

Since his release, the above-named individual has violated the Conditions of Release in the following manner:

| | |
|---|---|
| Charge #1 | John Curry violated Rule #1 of the conditions of release, in that on 8/3/23, and thereafter they failed to make their office report to the Man VI Area Office located at 314 W. 40. St. NY, NY. |
| Charge #2 | John Curry violated Rule # 13 of the Conditions of Release in that on 8/2/2023 at approximately 6:35 am at DHS Shelter located at 2524 Creston Ave Bronx, NY, they failed to abide by their curfew directing them to remain in their approved residence between the hours of 8pm-8am daily |
| Charge #3 | John Curry violated Rule # 13 of the Conditions of Release in that on 8/3/2023 at approximately 9:57 pm at DHS Shelter located at 2524 Creston Ave Bronx, NY, they failed to abide by their curfew directing them to remain in their approved residence between the hours of 8pm-8am daily |
| Charge #4 | John Curry violated Rule # 13 of the Conditions of Release in that on 8/15/2023 at approximately 9:07 pm at DHS Shelter located at 2524 Creston Ave Bronx, NY, they failed to abide by their curfew directing them to remain in their approved residence between the hours of 8pm-8am daily |
| Charge #5 | John Curry violated Rule # 13 of the Conditions of Release in that on 8/22/2023 at approximately 6:44 am at DHS Shelter located at 2524 Creston Ave. Bronx, NY, they failed to abide by their curfew directing them to remain in their |

**NEW YORK STATE** | **Corrections and Community Supervision**

| Charge #7 | John Curry violated Rule #4 of the conditions of release, in that on or about 8/23/2023 he failed to discuss with his Parole Officer a change in his residence at DHS Shelter located at 2524 Creston Ave Bronx, NY |
| Charge #8 | John Curry violated Rule #3 of the Conditions of Release in that on or about 8/23/2023 they absconded from the Department of Corrections and Community Supervision. |
| Charge #9 | John Curry violated Rule #4 of the Conditions of Release in that on or about 8/2/2023 he failed to discuss with his Parole Officer a change in his program status at Shiloh located at 566 7th Ave St. NY, NY |

POSSIBLE WITNESSES

Click here to enter text.

DOCUMENTS PROVIDED AT TIME OF SERVICE

Violation of Release Report
Special Conditions

9011



**NEW YORK STATE** | **Corrections and Community Supervision**

## SUPPLEMENTARY VIOLATION OF RELEASE REPORT 2

Name: CURRY, JOHN

Warrant #: A007150

NYSID: 02782735P

DIN: 88A2854

| | |
|---|---|
| *INTRODUCTION* | On 8/312023 a Violation of Release Report was submitted charging John Curry with Rule # 1, Rule #3, (2) Rule#4, and Rule (5) #13. The subject has their Final Hearing 12/22/23. Adjourned 3/19/24. |
| *ADDITIONAL INFORMATION* | The subject was released on 12/22/23, and was taken into custody, (M23654871), for (1) count of Level 3/Sex Pred-VER90D-ist Offense. The subject has a DAT, no Docket#, with a next court date in New York Criminal Court on 1/9/24 at 9am, ADA Rivard, 212 335-9974. |
| *ADDITIONAL CHARGES* | Charge#10 John Curry violated Rule #8 of the conditions of release, when their behavior violated the provisions of law to which they are subject which provides for a penalty of imprisonment, in that on or about 8/21/23 at approximately 3:01pm inside of the Sex Offender Monitoring Unit located at 100 Centre St NY, NY, they failed as a Level 3 Sex Offender to personally verify their address at the New York City Department Sex Offender Monitoring Unit every Ninety Days as required by the New York State Corrections Law 168F3. |
| *PRESENT STATUS* | The subject was released 12/22/23, and reported on 1/3/23 for his arrival, a homevisit to their approved residence was conducted on 1/3/24, and found the subject not inside his approved residence during curfew hours. The subject will report weekly, and re-engagement efforts will continue. The subject had a subsequent court date on 1/9/24 at 9am in New York Criminal Court at 9am, with the next court date of 2/15/24 at 9am, Part F. ADA Rivard, 212 335-9974 has been contacted. |

**ADDITIONAL POSSIBLE WITNESSES**

NYPD Detective Adam Palmer (5th Pct)

**DOCUMENTS PROVIDED**

VORR packet

| | | |
|---|---|---|
| L. Black / PO | | |
| Name/Title | Signature | 1/11/24 — Date |
| A. Ramirez / SPO | | |
| Name/Title | Signature | 1/11/24 — Date |



**NEW YORK STATE** | **Corrections and Community Supervision**

## VIOLATION OF RELEASE REPORT

### CASE SUMMARY

Name: **CURRY, JOHN**

NYSID: **02782735P**

Warrant #: **823473**

DIN: **88A2854**

| | |
|---|---|
| *Judge Fx Egitto of Kings County Supreme court has sentence me to say all Sex offense crime* **CRIME OF CONVICTION & CURRENT SENTENCE** *Kings County court doesnt say so in the or parole, This come out in 2005* | John Curry is a 56 year old male who is presently serving a sentence of 25-00 LIFE for 1 count of MURDER 2ND*; a sentence of 25-00 LIFE for 1 count of KIDNAPPING 1ST, and a sentence of 08-04 25-00 for 1 count of MANSLAUGHTER 1ST. The subject was sentenced on 03/23/1988 by the Honorable Judge FX Egitto of the Kings County Supreme Court. The subject has a Maximum Expiration of Lifetime. It is also noted that the subject is supervised as a COMPAS Level 1, Level 3 Sex Offender. |
| **DESCRIPTION OF INSTANT OFFENSE** | The instant offense the subject went to home of his girlfriend and would not allow her or her children to leave the premises for the entire weekend. During the weekend, the subject abducted his girlfriend's 3-year-old child. The next day the child was found dead of head wounds. The subject claims the child fell through the floor of an abandoned building. |
| **CRIMINAL HISTORY** | The subject's criminal history began in 1967 (age 14) spanning involvement in both family and criminal court. The subject has had (5) contacts with family court authorities for mostly nonviolent crimes. The subject has had one arrest for Sodomy as a juvenile. The subject's history includes (9) arrests, yielding (6) convictions (all misdemeanor). The subject history shows a pattern of aggressive, assaultive behavior with sex offenses, and violence against women prominent. In 1985, and 1986, following arguments with his mother, he, on one occasion hit her with a pipe, and on another occasion stabbed her in the arm. In 1986, he abducted his girlfriend, and held her for numerous hours while menacing her with a knife. Also, on (2) prior occasions the subject had been arrested for sex crimes. |
| **PRIOR TERMS OF PROBATION/PAROLE** | The subject has no prior parole or probation terms. |
| **PRIOR VIOLATIONS ON CURRENT TERM** *all of my violation in past has been dismissed* | This subject has (6) prior violation on this current NYSDOCCS term. An absconder warrant was issued 10/24/18, and the subject was revoke and restored on 2/14/19. The subject assaulted another resident at the Men's Shelter, and a warrant was issued and the subject was revoke and restored on 11/20/19. The subject was arrested for Assault and the warrant was lifted on 12/9/19. On 12/27/19, an Absconder warrant was issued, and the subject was restored Due to Covid 19. On 3/31/20, an Absconder Warrant was issued, and the warrant was lifted. On 12/24/20, an absconder warrant was issued for Sex Offender Registry Violation, and the subject was sentenced to a 6 month hold on 10/18/21. |
| *(every words)* **GENERAL ADJUSTMENT TO PAROLE SUPERVISION** *After the end of 20 24 I be in the parole state* | The subject's overall adjustment has been poor. The subject's Board Mandated conditions, curfew, residence and programming were reviewed. The subject failed to return to their approved residence as directed, nor did they return for their office report on 8/3/23 and thereafter. The subject also discontinued programming |

CS3010 (Rev. 02/2022)                                                                                                    Page 1 of 3
88-A-2854  Curry, John

*Applicable to releases to Community Supervision on or after March 1, 2022*

## STATE OF NEW YORK
## DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (DOCCS)
## CERTIFICATE OF RELEASE TO COMMUNITY SUPERVISION

SENTENCE:     **Indeterminate**

RELEASE TYPE: **SORC Reappearance (PVAE)**

INCARCERATED INDIVIDUAL RELEASE FUNDS: **$40.00**

RESTITUTION/SURCHARGES: **$330.04**

NYSID: **02782735P**    DIN: **88-A-2854**

**Curry, John**, now confined in **Marcy Correctional** Facility who was convicted and/or adjudicated of:

| CRIME/COUNTS | SENTENCE | COUNTY | COURT | SENTENCING DATE | JUDGE |
|---|---|---|---|---|---|
| Murder 2nd (2 cts.) | 25-0-0/Life | Kings | Supreme | 3/23/88 | Egitto |
| Kidnapping 1st | 25-0-0/Life CC | Kings | Supreme | 3/23/88 | Egitto |
| Manslaughter 1st | 8-4-0/25-0-0 CC | Kings | Supreme | 3/23/88 | Egitto |

has agreed to abide by the conditions to which they have signed their name below, and is hereby granted release, by virtue of the authority conferred by New York State Law.

Maximum Expiration Date: **Life**        PRS Maximum Expiration Date: **N/A**

Post-Release Supervision Period (years/months/days): **N/A**

It is hereby directed that **Curry, John** be released and placed under legal jurisdiction of the Department of Corrections and Community Supervision until the Community Supervision End Date of Life.

Date of Release: **Wednesday, November 02, 2022**                    Parole Eligibility Date: **Wednesday, October 05, 2011**

Board of Parole: **N/A**        Board Decision Date: **N/A**

Approved Residence Address: **1 Wards Island**

City/State/Zip: **New York, NY 10035**

I, **John Curry**, understand I will be subject to Community Supervision. I fully understand that my person, residence and property are subject to search and inspection. I understand that Community Supervision is defined by these Conditions of Release and all other conditions that may be imposed upon me by the Board of Parole or an authorized representative of the Department of Corrections and Community Supervision. I understand that my violation of these conditions may result in the revocation of my release.

## CONDITIONS OF RELEASE

1.  I will proceed directly to the area to which I have been released and, within twenty-four hours or by the next available business day after my release, make my arrival report to the Community Supervision Office indicated below. I will make office and/or other reports thereafter as directed by my Parole Officer.

Assigned Bureau: **Manhattan VI Area Office**
Assigned Bureau Address: 214 W. 40th St.

CS3010 – Addendum (Title 9 N.Y.C.R.R. Sec. 8003.2) 03.2022

Type Department ID Number & Name

## NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (DOCCS)
### CERTIFICATE OF RELEASE TO COMMUNITY SUPERVISION
9 NYCRR Section 8003.2.

NAME: JOHN CURRY    NYSID: Click or tap here to enter text.  DIN: 98A2854

PAROLE OFFICER: L. BUTER    NYSID: 02782135P    ASSIGNED BUREAU: Click or tap here to enter text.  MANH

I, Click or tap here to enter text., do hereby agree to abide by the following Conditions of Release as established by the New York State Board of Parole. I understand that Community Supervision is defined by these Conditions of Release and all other conditions that may be imposed upon me by the Board of Parole or an authorized representative of the Department of Corrections and Community Supervision. The following Conditions of Release and all previously imposed special conditions of release shall remain in effect.

### CONDITIONS OF RELEASE

1.  I will proceed directly to the area to which I have been released and, within twenty-four hours or by the next available business day after my release, make my arrival report to the Community Supervision Office indicated below. I will make office and/or other reports thereafter as directed by my Parole Officer.

2.  I will not leave the State of New York or any other state to which I am released or transferred, or any area defined in writing by my Parole Officer without permission.

3.  I will not abscond from supervision, which includes intentionally avoiding supervision by failing to maintain contact or communication with my Parole Officer and failing to notify my assigned Parole Officer of a change in residence. Should I ever fail to maintain contact as required herein, I will cooperate with any efforts by my Parole Officer or other representative of the Department of Corrections and Community Supervision to have me re-engage in my supervision as directed.

4.  I will permit my Parole Officer to visit me at my residence, will permit the search and inspection of my person, residence and property, and will discuss any proposed changes in my residence, employment or program status with my Parole Officer.

5.  I will reply promptly, fully and truthfully to any inquiry of, or communication by, my Parole Officer or other representative of the Department of Corrections and Community Supervision.

6.  I will notify my Parole Officer any time I am in contact with, or arrested by, law enforcement. I understand, like every member of the public, I have a right to seek the assistance of law enforcement at any time.

7.  I will not act in concert with a person I know to be engaged in illegal activity.

8.  I will not behave in such a manner as to violate the provisions of any law to which I am subject which provides for a penalty of imprisonment, nor will my behavior threaten the health and safety of myself or others.

9.  I will not own, possess, or purchase a shotgun, rifle, or firearm of any type including any imitation firearm. I will not own, possess or purchase any deadly weapon or use any dangerous instrument, as those terms are defined under Article 10 of the Penal Law. Further, I will not possess a dangerous knife or razor without the permission of my Parole Officer.

10. In the event that I leave the jurisdiction of the State of New York, I hereby waive my right to contest extradition to the State of New York from any state in the Union and from any territory or country outside the United States. This waiver shall be in full force and effect until I am discharged from community supervision. I fully understand that I have the right under the Constitution of the United States and under law to contest an effort to extradite me from another state and return me to New York, and I freely and knowingly waive this right as a condition of my community supervision.

11. I will not use or possess any drug paraphernalia or use or possess any controlled substance without proper medical authorization.

12. I will fully comply with the instructions of my Parole Officer.

13. I will fully comply with those special conditions set by my Parole Officer, a Member of the Board of Parole or an authorized representative of the Board or the Department of Corrections and Community Supervision. I understand that special conditions are additional conditions, set on an individualized basis, meant to be reasonably tailored to my circumstances and aimed toward my rehabilitation. I understand that all previously imposed special conditions of release shall remain in effect.

14. I will personally appear at all recognizance hearings and parole revocation process hearings and appearances for which I may be the subject, including the appearances directed to be in response to a notice of violation; any preliminary and final parole revocation hearings, and any related adjourned or continuation appearances. I will also personally appear, if so directed, in regard to the service of any other notices related to revocation proceedings, including, but not limited to, the service of any preliminary or final hearing determinations. I understand that while I have a right to be present at any recognizance, preliminary or final hearing, my voluntary decision not to be present constitutes a forfeiture of such right and the matters may proceed in my absence including, but not limited to, a final revocation hearing which may result in the issuance of a decision therefrom revoking my release and directing my reincarceration.

I fully understand that a violation of any condition of release in an important respect may result in the revocation of my period of Community Supervision. I hereby certify that I understand and have received my Certificate of Release to Community Supervision.

Signed the   13   day of   July   20 23

Releasee:

Witness Signature:

**THE
LEGAL AID
SOCIETY**

**Need Help?**

**Call 212-577-3300**

---

‖ PAROLE

# What You Need to Know About the Less Is More Act

The Less Is More Act (LIM), which went into full effect on March 1, 2022, drastically reformed the parole violation system in New York State. The law limits sanctions for technical parole violations and provides higher burdens of proof.

## Who does this bill impact?

» Anyone who is serving a NYS-imposed sentence of community supervision and is being monitored by the New York State Department of Corrections and Community Supervision (DOCCS)

» People on life parole and those on parole for sex offenses may be impacted differently. Please see below for more details.

## What does the LIM Act do?

## Creates a pathway to finish parole early through earned time credits

» Most people on parole will earn 30 days of time credit for every 30 days in the community. That means if a person on parole has no sustained violations for 30 days, they will have 30 days taken off their parole sentence. This could ultimately reduce a parole sentence by half.

» When the law takes effect, people on parole will be eligible to receive up to two years of retroactive time credits. For the purposes of this calculation, any time spent incarcerated on a violation or in "absconder status" will not be credited. Additionally, for anyone incarcerated on a violation when this provision takes effect, their time will not be calculated until they are released.

## Sets limits on periods of incarceration for technical violations

- Reincarceration is not permitted for the following technical violations:
  - Violation of curfew
  - Alcohol/substance use (unless the conviction is for driving under the influence)
  - Failure to notify PO of a change in employment status
  - Failure to pay surcharges and fees
  - Obtaining a driver's license or driving a car with a valid license unless explicitly prohibited by the person's conviction.
  - Failure to notify PO of police contact unless intended to hide illegal behavior.

- For all other technical violations:
  - 1st and 2nd violations: 0 days
  - 3rd violation: 7 days
  - 4th violation: 15 days
  - 5th violation or more: 30 days

- For absconding, which is defined in LIM as intentionally avoiding supervision by failing to maintain contact with the assigned parole office, not notifying parole officer of a change in residence, and that parole officer could not successfully re-engage with reasonable efforts:
  - 1st violation: 7 days
  - 2nd violation: 15 days:
  - 3rd violation: 30 days.

## Get Help

If you have questions or need legal guidance on your parole situation, call The Legal Aid Society's Parole Revocation Defense Unit at 212-577-3500.

## Other resources

For more information about the new law and the Less Is More NY campaign, please visit their website (https://www.lessismoreny.org/fact-sheets).

## Translations

The information on this page is also available for download in the following languages:

Arabic (https://legalaidnyc.org/wp-content/uploads/2022/03/LIM-KYR-ARABIC.pdf)
French (https://legalaidnyc.org/wp-content/uploads/2022/03/LIM-KYR-FRENCH.pdf)