UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2025 JAN 30  AM 8:41

John Curry
Write the full name of each plaintiff.

24 cv 4603 LTS
(Include case number if one has been assigned)

-against-

Parole Officer L. Black
A. Ramirez

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 2/10/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

1988 Kings County Court they never sentence for the sex offender, PO Black that the Judge sentence you for this case, Judge Egitto Francis never sentence me on no sex offender this Law came out in 1996 the Law and it past 2005 this don't have nothing to do with me, Exhibit A

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __John Curry__ , is a citizen of the State of
(Plaintiff's name)

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, **Parole Officer L Black A Ramirez**, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, **L Black A Ramirez**, is incorporated under the laws of the State of **New York**

and has its principal place of business in the State of **New York**

or is incorporated under the laws of (foreign state) **New York**

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**John** _____ **Curry** _____
First Name             Middle Initial             Last Name

**80 Bruckner blvd Apt. 8C** _____
Street Address

**Bronx** _____ **New York** _____ **10454**
County, City             State             Zip Code

**646-385-2261** _____
Telephone Number             Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name: _____  Last Name: Black

Current Job Title (or other identifying information): Parole Officer

Current Work Address (or other address where defendant may be served): 314 40th Street

County, City: New York   State: N.Y.   Zip Code: 10018

Defendant 2:

First Name: A   Last Name: Ramirez

Current Job Title (or other identifying information): Parole Officer

Current Work Address (or other address where defendant may be served): Department of Corrections 314 40th Street

County, City: New York   State: N.Y.   Zip Code: 10018

Defendant 3:

First Name: _____  Last Name: _____

Current Job Title (or other identifying information): _____

Current Work Address (or other address where defendant may be served): _____

County, City: _____   State: _____   Zip Code: _____

Defendant 4: _____
            First Name              Last Name

            _____
            Current Job Title (or other identifying information)

            _____
            Current Work Address (or other address where defendant may be served)

            _____
            County, City            State            Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was sentence to 25yrs. on 3-23-88 on 6-27-2017 the commisioner let me lose, and said that I didn't have this case, the commisioner said that my case was an accident. 8/5 The commisioner said I did 31 yrs for nothing because that was a accident. on 12-29-2017 to my third Parole board. You could check my minutes. Senator Velmanette Montgomery knows about my case and Ms. Curry was working with my mother. I went to 100 center street to court house and the officer told me that I didn't have this case, 2017 2021 the court on the second floor had me sign Lawyer and the judge had me sign some papers and If I didn't sign I will be going back to Jail. The clerk in the court told me that they can't do that.

Page 5

Judge Laura Taylor Swain I sending you copies of Exhit King County Court 4-23-2018 Exhit A B 2-16-1988 Verdict Sheet Exhit C 100 Center St. they gave me a copy and told me that I don't have that case. Exhit C L. Black Parole but warrants on me. minutes Exhit F

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

10-2024 Parole came to my door and knock the door down and threw my sister Dolores down and then they shot me with a stone gun and they me to Lincoln Hospital and my back has been hurting me ever since.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Your 14 minute right. They but sex offender on your record 1986 to 1988 it was a accident I never got charge for it. 6-27-17 I when to the parole and the commisioner let me lose. I did 31 yrs for a accident.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 2-3-2025
Plaintiff's Signature: John Curry John

First Name: John
Last Name: Curry

Street Address: 80 Bruckner blvd Apt. 8C
County, City: Bronx
State: New York
Zip Code: 10454
Telephone Number: 646-385-2261
Email Address: curryjohn776@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7