# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

John Curry

Write the full name of each plaintiff.

-against-

Detective John Theas
Sergeant Odani Acevedo
Detective Thomas Accomando

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

No. 1-24-CV4Y603

(To be filled out by Clerk's Office)

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

RECEIVED
PRO SE OFFICE
2025 MAY 27

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☒  Violation of my federal constitutional rights

☐  Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

John                    P                    Currie

First Name            Middle Initial            Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

A/N

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

A/N

Institutional Address

County, City                    State                    Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee            A/N
☐  Convicted and sentenced prisoner
☐  Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    John                 Theos
_____
First Name              Last Name                 Shield #

Detective
_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City              State              Zip Code

Defendant 2:    Odani          Acevedo
_____
First Name              Last Name                 Shield #

Sergeant
_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City              State              Zip Code

Defendant 3:    Thomas   Accomando
_____
First Name              Last Name                 Shield #

Detective
_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City              State              Zip Code

Defendant 4:
_____
First Name              Last Name                 Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City              State              Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:   80 Bruckner Boulevard Apt. 8C Bronx NY.

Date(s) of occurrence:   2023

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

6AM in the morning they came to my sister Dolores apartment and ask my sister were John Curry is at my sister ask them if they had a warrant to come and they stated that they didn't need a warrant and after that they broke the door down with the hammer and shot me with a stun gun and they brought me to Lincoln Hospital and my back has been hurting me ever since. They were knocking me down pulling my legs and I told them I have a bad leg. They violated my rights. My sister neighbor told them why are you breaking the door down with no warrant Jamel Frazier apt 8E told them I have to little ones and you are wakeing them up and they didn't care. to the court /Door Exhibit B / Exhibit C / Officers warrant squad Exhibit D Civilian Complaint Review Board Exhibit 100 Center st 4th floor New York NY. Judge Laura Taylor Swain if you are able to send a These are all the copies of the documents.

witness Jamel Frazier 80 Bruckner blvd apt 8E
Bronx NY. 10454 /Phone number 917-436-8911

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

my back been hurting me since and my right
leg and I have to use a cane to walk.

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

I want them to fix my sisters door. This has
ruin my life and family life. / Chief United
States District Judge Laura Taylor Swain
the sex offender claim they slander my name
and my family's name.

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 7-22-25 | | John Curry |
|---|---|---|
| Dated | | Plaintiff's Signature |

| John | P | Curry |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

AMKC    80 Bruckner    New Bronx NY 10459

| County, City | State | Zip Code |
|---|---|---|

Date on which I am delivering this complaint to prison authorities for mailing: _____

Exhibit B

Property Damage

CC:



Exhibit D

100 Center St.

Police Department
City of New York

CC:

# POLICE DEPARTMENT
# CITY OF NEW YORK

Date: 07/29/2024

To:    CURRY, JOHN                                Offender ID#  <u>47658</u>

From:  <u>Sex Offender Monitoring Unit</u>          NYSID#        <u>02782735P</u>

You are to report to the Sex Offender Monitoring Unit, located at 100 Center St. 10th floor room #1030, New York, NY 10013. You are to report on Thursday, Oct 31st 2024 at 09:00 **The hours are strictly between 09:00am and 03:00pm.**

The purpose of this ninety(90) day appointment is for you to re-register as per the New York State Sex Offender registration Act, which went into effect on January 21, 1996, throughout New York State. Failure to comply with this will result in your arrest. **You must present proof of address at time of appointment**

Please sign this letter to verify the above notification

_____
**Offender's Signature**

_____
**Witness Signature**

<u>Please note that the offender received a signed copy of this letter</u>
If you have any questions of problems regarding the above matter, please do not hesitate to contact our office. We may be reached at the following telephone numbers.

(212)323-7101

(212)323-7105

(212)323-7106

(212)323-7107

**COURTESY**              **PROFESSIONALISM**              **RESPECT**

Exhibit C

Pictures of the officers

CC:



Thomas Accomando



John Theos

Exhibit E

Civilian Complaint
Review Board

CC:



# CIVILIAN COMPLAINT REVIEW BOARD
### 100 CHURCH STREET 10th FLOOR
### NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
### www.nyc.gov/ccrb



ERIC L. ADAMS
MAYOR

DR. MOHAMMAD KHALID
INTERIM CHAIR

May 15, 2025

John Curry
80 Bruckner Boulevard Apt. 8C
Bronx, NY 10454

CCRB Case Number: 202311544
CCRB Squad Manager: Alexander Opoku-Agyemang - *aopokuagyemang@ccrb.nyc.gov*

Dear John Curry:

The Civilian Complaint Review Board has concluded its thorough investigation of the incident you were involved in. The staff of the CCRB recognizes the meaningful contribution you made by telling your story so this investigation could move forward. After reviewing all of the evidence gathered throughout the investigation, which includes your testimony, the Board of the CCRB has come to the findings (see below) of the allegations regarding this incident. There is an enclosed form that lists what each of the potential outcomes of an investigation is, and explains what each outcome means.

In your case, the investigation determined that at least one of the allegations that occurred was misconduct (substantiated). Under New York City law, all of the allegations in this case will be forwarded to the Police Commissioner, who has the authority to actually impose discipline against an officer; the CCRB can only make recommendations regarding discipline.

Please be aware that in certain cases police officers are entitled by law to an administrative hearing before the Department can impose disciplinary penalties; in such case any civilian involved in an incident may be asked to testify at an administrative proceeding.

Allegation(s) by letter:                    Board Finding(s):

A)    Abuse of Authority:                  Unable to Determine
      Detective John Theos threatened to arrest an
      individual.

B)    Abuse of Authority:                  Within NYPD Guidelines
      Sergeant Odani Acevedo entered
      [LOCATION].

C)    Abuse of Authority:                  Within NYPD Guidelines
      Sergeant Odani Acevedo searched
      [LOCATION].

D)    Force:                               Within NYPD Guidelines
      Officers used physical force against John
      Curry.

E)    Force:                               Unable to Determine

CCRB CTS - Confidential

*OFFICE*

Detective Thomas Accomando used a
chokehold against John Curry.

F)    Force:                                                    Within NYPD Guidelines
      Sergeant Odani Acevedo used a non-lethal
      restraining device on John Curry.

G)    Force:                                                    Within NYPD Guidelines
      Detective John Theos used physical force
      against an individual.

H)    Force:                                                    Within NYPD Guidelines
      Sergeant Odani Acevedo used physical force
      against an individual.

I)    Abuse of Authority:                                       Substantiated (Command Discipline A)
      Detective John Theos failed to activate
      [HIS/HER/THEIR] body-worn camera.

J)    Abuse of Authority:                                       Substantiated (Command Discipline A)
      Detective Thomas Accomando failed to
      activate [HIS/HER/THEIR] body-worn
      camera.

K)    Abuse of Authority:                                       Substantiated (Command Discipline A)
      Sergeant Odani Acevedo failed to activate
      [HIS/HER/THEIR] body-worn camera.

**Officer Penalty Recommendations:**

The Board's penalty recommendation takes into account all of the allegations substantiated against the
officer, as well as the officer's disciplinary history.

DT3 Thomas Accomando                                           Substantiated (Command Discipline A)

SGT Odani Acevedo                                              Substantiated (Command Discipline A)

DT3 John Theos                                                 Substantiated (Command Discipline A)

If you have any questions about the current status of your case at the Police Department, please contact
the CCRB at (212) 912-7235.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information from citizens like you regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board is grateful for the effort you put forth and your willingness to participate in this extremely important process.

Sincerely,

Jonathan Darche
Executive Director

Enclosure



**ERIC L. ADAMS**
**MAYOR**

**CIVILIAN COMPLAINT REVIEW BOARD**
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb



## EXPLANATION OF THE INVESTIGATION PROCESS

When someone files a complaint with the CCRB, the case is assigned to an investigator. Once a civilian provides a formal statement regarding the incident to the investigator, a thorough investigation commences. The investigation typically involves interviewing additional civilians and officers, and obtaining documentary evidence, such as video evidence, police documents, medical records, and records of court proceedings. After the investigation is complete, the investigator assigned to the case creates a comprehensive report regarding the incident, which is then reviewed by the investigator's manager, who has been supervising the investigation, and a staff attorney. The report and its recommended findings are sent to the Board of the CCRB. The Board members meet and decide if they agree with the disposition assigned to the complaint. This disposition is then sent to the Police Department, with a penalty recommendation when applicable. Below is a list of the possible findings the Board can reach in a case.

## EXPLANATION OF ALL POTENTIAL BOARD FINDINGS

**Substantiated:** The allegation occurred and was considered misconduct, and not permissible under the laws of New York or the rules set by the NYPD in their Patrol Guide and the officer should receive some sort of discipline.
*Example: A civilian filed a complaint and alleged an officer frisked him. After a thorough investigation, the investigator was able to determine that the frisk, which required that the officer have reasonable suspicion that the civilian was armed and dangerous, **was not justified** under the laws of New York and the rules set by the NYPD in their Patrol Guide.*
 When the Board substantiates an allegation, it may make one of the following recommendations:
 **Instructions:** The officer should receive discipline at the local, command level.
 **Formalized Training:** The officer should receive training at the Police Academy regarding the specific allegation(s).
 **Command Discipline A or B:** The officer should receive discipline at the local, command level, which may range from instructions to the loss of up to ten days' pay.
 **Charges and Specifications:** Charges should be filed against the officer, which may result in an Administrative hearing, which is similar to a trial.

**Within NYPD Guidelines[1]:** The allegation occurred but were not considered misconduct, and were permissible under the laws of New York or the rules set by the NYPD in their Patrol Guide.
*Example: A civilian filed a complaint and alleged an officer frisked him. After a thorough investigation, the investigator was able to determine that the frisk, which required that the officer have reasonable suspicion that the civilian was armed and dangerous, **was justified** under the laws of New York and the rules set by the NYPD in their Patrol Guide.*

**Unfounded:** The investigation determined that the alleged action did not occur.
*Example: A civilian filed a complaint and alleged an officer frisked him. After a thorough investigation, the investigator was able to determine that the frisk **did not occur**.*

**Unable to Determine[2]:** The investigation was unable to determine if misconduct occurred under the law or the rules defined by the New York City Police Patrol Guide.
*Example: A civilian filed a complaint and alleged an officer frisked him. After a thorough investigation, the investigator was able to determine that the frisk, which required that the officer have reasonable suspicion that the civilian was armed and dangerous, occurred; however, given differing factors about why the frisk occurred, the investigation was **unable to determine** if the frisk was justified under the laws of New York and the rules set by the NYPD in their Patrol Guide.*

**Officer(s) Unidentified:** The subject officer(s) of the alleged action could not be identified.
*Example: A civilian filed a complaint and alleged an officer frisked him. After a thorough investigation, the investigator **was unable to determine which officer** allegedly conducted the frisk.*

**Closed Pending Litigation:** The complainant/victim and/or the attorney representing the complainant/victim, does not want to proceed with the CCRB's investigation because of (potential) pending litigation. Once the attorney or civilian has determined that they would like to have an investigation move forward, they can request to have the case re-opened.

**Miscellaneous:** Typically, this means the officer is no longer employed by the NYPD.

**Complainant/Victim Uncooperative:** The complainant/victim did not respond to repeated attempts by the investigator to schedule an interview or failed to appear for scheduled interviews.

**Complainant/Victim Unavailable:** The investigator was unable to locate the complainant/victim with the contact information obtained.

**Victim Unidentified:** There was not enough information to identify the alleged victim.

**Complaint Withdrawn:** The complainant/victim no longer wishes to participate in an investigation and asked to withdraw the complaint. No case is closed for this reason until the complainant and/or victim verbally affirms that they are voluntarily withdrawing the complaint of their own free will.

**OMB PEG Directive Closure:** On September 9, 2023, The Office of Management and Budget (OMB) directed City Agencies to reduce spending by 15% before the end of fiscal year 2024, acknowledging that these cuts will affect City Services. As a result of the emergency budget cut, the CCRB's ability to fully investigate all of the cases that it receives is limited.

**SRAD Closure:** The CCRB's ability to fully investigate all the cases it receives is limited by the funding it receives. Strategic Resource Allocation Determination (SRAD) closures are the result of budgetary constraints and do not reflect on the merit of the complaint.

**Re-opening a case:** If you have new evidence, not previously available to the CCRB, or a previously unavailable or uncooperative witness becomes available, the Board may be willing to re-open your case if such new evidence may reasonably lead to a different finding. To request that the Board re-open your case in such circumstances, please detail the new evidence and request in a letter addressed to: Executive Director, at the above address, as soon as possible.

---

[2] This category was previously known as Unsubstantiated.

Below you will find a list of services that civilians who contact the CCRB may find beneficial. We provide these to every civilian who files a complaint with us regardless of the nature of the complaint.

## <u>LEGAL SERVICES</u>

**The New York City Commission on Human Rights**

To schedule a new appointment or to report an incident of discrimination, please call 311 and say "human rights" or call us directly at (212) 416-0197. You may also **report discrimination online**. https://www1.nyc.gov/site/cchr/about/contact-us.page

**NYC Family Justice Centers**

At any NYC FJC, survivors of domestic and gender-based violence and their children can get connected to organizations that provide case management, economic empowerment, counseling, civil legal, and criminal legal assistance.

**NYC Family Justice Center, Bronx**
Call 718-508-1220

**NYC Family Justice Center, Brooklyn**
Call 718-250-5113

**NYC Family Justice Center, Manhattan**
Call 212-602-2800

**NYC Family Justice Center, Queens**
Call 718-575-4545

**NYC Family Justice Center, Staten Island**
Call 718-697-4300

https://www1.nyc.gov/site/ocdv/programs/family-justice-centers.page

**The Legal Aid Society**

Call 212-577-3300 https://legalaidnyc.org/

**HRA Legal Assistance** For more information on the Office of Civil Justice, as well as where the offices are located and how to apply, dial 311 or HRA at 718-557-1399.

## <u>VICTIMS ASSISTANCE SERVICES</u>

**SAFEHORIZON**

Safe Horizon's mission is to provide support, prevent violence and promote justice for victims of crime and abuse, their families and communities. https://www.safehorizon.org/

- For domestic violence victims: 800-621-HOPE (4673)
- For victims of crime and their families: 866-689-HELP (4357)
- For rape & sexual assault victims: 212-227-3000

**Sexual Assault Forensic Examiner (SAFE) Program and SAFE designated hospitals by county**

New York State Sexual Assault Forensic Examiner (SAFE)-Designated Hospital Programs provide specialized care to sexual assault patients.

https://www.health.ny.gov/professionals/safe/

**NYS Sexual Violence Prevention Program**

https://www.health.ny.gov/prevention/sexual_violence/

# MENTAL HEALTH SERVICES

**NYC Well** is New York City's free, confidential support, crisis intervention, and information and referral service for anyone seeking help for mental health and/or substance misuse concerns, available 24 hours a day.

English: 1-888-NYC-WELL (1-888-692-9355), Press 2
Call 711 (Relay Service for Deaf/Hard of Hearing) Español: 1-888-692-9355, Press 3 中文: 1-888-692-9355, Press 5  https://nycwell.cityofnewyork.us/en/get-help-now/

**New York State COVID-19 Emotional Support Helpline** – Provides free, confidential and anonymous emotional support for New York State residents. Call **1-844-863-9314** Please go to https://nyprojecthope.org/ for more information.

# FINANCIAL ASSISTANCE/FOOD/MEDICAID

**NYC Human Resources Administration (HRA)**

The New York City Human Resources Administration/Department of Social Services (HRA/DSS) is dedicated to fighting poverty and income inequality by providing New Yorkers in need with essential benefits.

- General Infoline for HRA services: 718-557-1399
- Adult Protective Services: 212-630-1853
- Child Support Helpline: 888-208-4485
- Disability Affairs: 718-291-4141
- Domestic Violence & Emergency Intervention: 800-621-4673
- Emergency Food Assistance: 866-888-8777
- HIV/AIDS Services Administration: 212-971-0626
- HRA Helpline at 1-888-692-6116 Medical Assistance Program
- Report Welfare Fraud: 718-722-8001 or **fill out a form online**

https://www1.nyc.gov/site/hra/help/i-need-help.page

https://a069-access.nyc.gov/accesshra/

# NYC HOUSING/HOMELESSNESS ASSISTANCE

**NYC Housing Connect - Affordable Housing Lottery Helpline:** 212-863-7990
Housing Connect inquiries: nychousingconnect@hpd.nyc.gov

**NYCHA** Call NYCHA's **Customer Contact Center (CCC)** at 718-707-7771 or use **MyNYCHA** (**on.nyc.gov/mynycha**), which are both available 24/7.

https://www1.nyc.gov/site/nycha/index.page

**Eviction Assistance** Homebase https://www1.nyc.gov/site/hra/help/homebase-locations.page#Top

**NYC Department of Homelessness Services (DHS)**

Main number 212-361-8000 or dial 311 or visit **311 Online** to report an individual who is living on the streets, or to find prevention/shelter programs near you. https://www1.nyc.gov/site/dhs/about/contact.page