USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CURRY, | |
| Plaintiff, | |
| -against- | 24-CV-4603 (GHW) |
| JOHN THEOS; ODANI ACEVEDO; THOMAS ACCOMANDO, | ORDER OF SERVICE |
| Defendants. | |

GREGORY H. WOODS, United States District Judge:

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that John Theos, Odani Acevedo, and Thomas Accomando waive service of summons.

The Court directs the Clerk of Court to mail an information package to Plaintiff.

SO ORDERED.

Dated:  August 4, 2025
        New York, New York

_____
GREGORY H. WOODS
United States District Judge