UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

                                                                    :
JOHN CURRY,                                                         :
                                                                    :
                                          Plaintiff,                :          1:24-cv-4603-GHW
                                                                    :
                          -against-                                 :          ORDER
                                                                    :
JOHN THEOS, *et al.*,                                               :
                                                                    :
                                          Defendants.               :
                                                                    :
-------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2025

GREGORY H. WOODS, United States District Judge:

On November 3, 2025, the Court scheduled a conference for November 11, 2025. Dkt. No. 26. That conference is cancelled. The Court will hold a conference on November 12, 2025 at 11:00 a.m. regarding Defendants John Theos, Odani Acevedo, and Thomas Accommando's proposed motion to dismiss. The conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The parties or their counsel are ordered to appear at the conference in person. Failure to appear may result in the imposition of sanctions, including dismissal of the action or a finding that a party is in default.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 5, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge