```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOHN CURRY,                                                      :
                                                                 :
                              Plaintiff,                         :    1:24-cv-4603-GHW
                                                                 :
               -against-                                         :    ORDER
                                                                 :
JOHN THEOS, et al.,                                              :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2025

GREGORY H. WOODS, United States District Judge:

A conference to discuss Defendants John Theos, Odani Acevedo, and Thomas Accomando's proposed motion to dismiss was scheduled to occur in this matter on November 12, 2025 at 11:00 a.m. Dkt. No. 27. On November 12, 2025, the Court, the Court's staff, and Defendants' counsel appeared at the November 12, 2025 conference. Plaintiff did not appear at the November 12, 2025 conference.

The Court will hold additional status conferences with respect to this matter in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The first will be held on December 1, 2025 at 12:00 p.m., and the second will be held on December 8, 2025 at 3:00 p.m.

**Plaintiff and counsel for Defendants are ordered to personally attend both the December 1, 2025 conference and the December 8, 2025 conference**. "'[A]ll litigants . . . have an obligation to comply with court orders,' and failure to comply may result in sanctions." *Agiwal v. Mid Island Mortg. Corp.*, 555 F.3d 298, 302 (2d Cir. 2009) (quoting *Minotti v. Lensink*, 895 F.2d 100, 103 (2d Cir. 1990)). If Plaintiff does not attend both conferences, the Court will dismiss his claims against Defendants Theos, Acevedo, and Accomando for failure to prosecute. *See Lawrence v. Curry*

*Shack, Corp.*, No. 17-CV-10250 (JGK), 2019 WL 1493577, at *1 (S.D.N.Y. Apr. 3, 2019) ("Rule 41(b) authorizes a district court to 'dismiss a complaint for failure to comply with a court order, treating the noncompliance as a failure to prosecute.'" (quoting *Simmons v. Abruzzo*, 49 F.3d 83, 87 (2d Cir. 1995))).

    The Clerk of Court is directed to mail a copy of this order to Plaintiff.

    SO ORDERED.

Dated: November 13, 2025
New York, New York

                                               GREGORY H. WOODS
                                           United States District Judge