UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2025

-----------------------------------------------------------------------X
:
JOHN CURRY,                                        :
:
                                 Plaintiff,        :        1:24-cv-4603-GHW
:
                 -against-                         :        ORDER
:
JOHN THEOS, *et al.*,                              :
:
                                 Defendants.       :
-----------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on December 1, 2025, the request by

Defendants John Theos, Odani Acevedo, and Thomas Accomando ("Defendants") for leave to file

a motion to dismiss, Dkt. No. 24, is granted.  The deadline for Defendants to file and serve their

proposed motion to dismiss is January 9, 2026.  Plaintiff's opposition is due no later than four weeks

after service of Defendants' motion; Defendants' reply, if any, is due no later than two weeks after

service of Plaintiff's opposition.

Additionally, for the reasons stated on the record during the conference held on December

1, 2025, discovery in this matter is stayed pending resolution of Defendants' motion to dismiss.  The

initial pretrial conference scheduled for January 16, 2026, Dkt. No. 18, is adjourned *sine die*.  The

Court will reschedule the initial pretrial conference following resolution of the motion to dismiss, if

appropriate.

Because both Plaintiff and Defendants appeared at the status conference held on December

1, 2025, the status conference scheduled for December 8, 2025, Dkt. No. 28, is adjourned *sine die*.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, and to enter

Plaintiff's phone number and email address on the docket as follows:

- Phone: (646)-385-2261

- Email: CurryJohn776@gmail.com

SO ORDERED.

Dated: December 1, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2