UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
                                                              :
JOHN CURRY,                                                   :
                                                              :
                                          Plaintiff,          :          1:24-cv-4603-GHW
                                                              :
                      -against-                               :          ORDER
                                                              :
JOHN THEOS, *et al.*,                                         :
                                                              :
                                          Defendants.         :
--------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2026

GREGORY H. WOODS, United States District Judge:

On December 1, 2025, following a conference with the parties, the Court issued an order granting Defendants John Theos, Odani Acevedo, and Thomas Accommando leave to file a motion to dismiss, setting a briefing schedule, and staying discovery pending resolution of Defendants' motion to dismiss.  Dkt. No. 21 (the "Order").  On January 5, 2026, Plaintiff filed a notice of appeal.  Dkt. No. 30.  The same day, Plaintiff also filed an application for leave to proceed *in forma pauperis* to appeal the Court's scheduling order.  Dkt. No. 32.  The Court denied that request.  *See* Dkt. Nos. 35.

On January 12, 2026, Mr. Curry filed an affidavit supporting what appears to be another request for the Court to permit his appeal of the Court's Order *in forma pauperis*.  Dkt. No. 41.  The Court has already ruled on the application and denied Mr. Curry leave to appeal the Order *in forma pauperis*.  The Court certified, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith, and therefore IFP status was denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).  Nothing in Mr. Curry's most recent submission changes the Court's assessment.

Mr. Curry is reminded of his obligation to comply with the briefing schedule for the now-pending motion to dismiss his claims.  *See* Dkt. Nos. 37-40.  Should Mr. Curry fail to file a timely opposition to that motion, the Court will resolve the motion in the ordinary course without the benefit of Mr. Curry's views.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.  *See Coppedge*, 369 U.S. at 444–45.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail, and to terminate the motion pending at Dkt. No. 41.

SO ORDERED.

Dated:  January 25, 2026
New York, New York

_____
GREGORY N. WOODS
United States District Judge