USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN CURRY,

Plaintiff,

-v-

JOHN THEOS, *et al.*,

Defendants.

1:24-cv-4603-GHW

ORDER DENYING REQUEST FOR *PRO BONO* COUNSEL

GREGORY H. WOODS, United States District Judge:

Plaintiff John Curry's application for the Court to request *pro bono* counsel is denied without prejudice to renew at a later date. There is insufficient information before the Court at this time to make the necessary assessment of Plaintiff's claims under the standards set forth by the Second Circuit in *Hodge v. Police Officers*, including whether Plaintiff's claim is "likely to be of substance." 802 F.2d 58, 61–62 (2d Cir. 1986).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 58 and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: September 24, 2026
New York, New York

GREGORY H. WOODS
United States District Judge