UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN CURRY.,

Plaintiff,

-against-

JOHN THEOS, ET AL.,

Defendants.

24 CIVIL 4603 (GHW)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion & Order dated October 13, 2026, Plaintiffs Section 1983 claims premised on the alleged warrantless entry and use of excessive force are dismissed with prejudice and without leave to amend. Plaintiff's state law claims are dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly the case is closed.

**Dated:** New York, New York
October 15, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**